**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 01-11195**
_____

**NANCY PRICE,**

**Plaintiff-Appellant,**

**versus**

**THE CITY OF TERRELL, TEXAS; JOHN ROUNSAVALL,**

**Defendants-Appellees.**

**Appeal from the United States District Court**
**for the Northern District of Texas**
**(3:99-CV-269-D)**

May 13, 2002

Before DAVIS, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:*

    **AFFIRMED.**  *See* 5TH CIR. R. 47.6.

---

    *Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.